IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EUGENE S. BEM, 05067474, ) | |
|        Petitioner, ) | |
| ) | |
| v. ) | No. 3:05-CV-2030-D |
| ) | |
| LUPE VALDEZ, DALLAS COUNTY ) | |
| SHERIFF, ) | |
|        Respondent. ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

March 22, 2006.

                                                _____
                                                SIDNEY A. FITZWATER
                                                UNITED STATES DISTRICT JUDGE